Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
(907) 276-4244
sbostrom@trustees.org
bbrisson@trustees.org
bpsarianos@trustees.org

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 3:26-cv-00078 |

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 3.1(b), Plaintiffs Sovereign Iñupiat for a Living Arctic *et al.* provide notice of four cases:

- The following case was filed on August 24, 2020, in the United States District Court for the District of Alaska and is still pending: *Center for Biological Diversity v. Burgum*, Case No. 3:20-cv-00206-SLG.

- On February 19, 2026, Plaintiffs Northern Alaska Environmental Center, Alaska Wilderness League, Conservation Lands Foundation, Defenders of Wildlife, and Sierra Club filed a Motion to Vacate Order re Joint Motion for Voluntary Dismissal in *Northern Alaska Environmental Center v. Burgum* (*Northern Center*), Case No. 3:20-cv-00207-SLG, which was previously closed. This case was originally filed on August 24, 2020.

- On January 28, 2026, the following case was filed in U.S. District Court for the District of Columbia: *Nuiqsut Trilateral, Inc. v. Burgum*, Case No. 1:26-cv-00239 (D.D.C.).

- On February 17, 2026, the following case was filed in U.S. District Court for the District of Columbia: *Grandmothers Growing Goodness v. Burgum*, Case No. 1:26-cv-00513 (D.D.C).

The *Center for Biological Diversity*, *Northern Center*, and *Grandmothers Growing Goodness* cases and this action all relate to the Bureau of Land Management's (BLM's) environmental review process for the Integrated Activity Plan in the National Petroleum Reserve-Alaska (Reserve). The *Nuiqsut Trilateral* case relates to the cancellation of a conservation right-of-way in the Reserve.

Because *Center for Biological Diversity*, *Northern Center*, and this action involve the same geographic area, address BLM's actions with respect to the Integrated Activity Plan for the Reserve, and are all in the U.S. District Court for the District of Alaska, there may be economies from assigning those cases to the same judge.

Respectfully submitted February 19, 2026,

                                           s/ Suzanne Bostrom
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Bridget Psarianos (AK Bar No. 1705025)
TRUSTEES FOR ALASKA

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I caused a copy of the PLAINTIFFS' NOTICE OF RELATED CASES to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, and served defendants via first class U.S. Mail to:

Doug Burgum
Secretary of the Interior
Department of the Interior
1849 C Street, N.W.
Washington DC 20240

U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

U.S Bureau of Land Management
1849 C St., NW
Room 5665
Washington, DC 20240

Civil Process Clerk
Office of the U.S. Attorney
Civil Division, District of Alaska, Anchorage Office
222 West 7th Ave., Room 253 #9
Anchorage, AK 99501

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

                                                    s/ Suzanne Bostrom
                                                    Suzanne Bostrom (AK Bar No. 1011068)