IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUIQSUT TRILATERAL, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity<br>as Secretary of the Interior, *et al.*,<br><br>              Defendants. | Case No. 26-cv-239-AHA |

## STATUS REPORT

In accordance with the minute entry for status conference held on February 24, 2026, counsel for Defendant Doug Burgum, in his official capacity as Secretary of the Interior, et al., offers the following status report. Defendants advise that the Department of the Interior intends to proceed with bid opening for the 2026 National Petroleum Reserve – Alaska Oil and Gas Lease Sale as scheduled on March 18, 2026. *See* 91 Fed. Reg. 6248 (Feb. 11, 2026). However, the Department further advises, in this specific instance and context in this litigation of facilitating more orderly consideration of the pending motions to transfer and for preliminary injunction, that if Plaintiffs agree to request modification of the current briefing schedule, Defendants will voluntarily defer issuing oil and gas leases for the lease tracts addressed by Plaintiffs' Motion for Preliminary Injunction, Dkt. 12, until at least April 1, 2026.

The parties have conferred but have not been able to reach agreement on a joint proposal to modify the current schedule for resolving the motion for preliminary injunction following Defendants' above-described willingness to defer lease issuance. The parties intend to continue their conferral and propose to file a further status report on February 25, 2026.

Respectfully submitted this 24th day of February 2026.

                                              ADAM R.F. GUSTAFSON
                                              Principal Deputy Assistant Attorney General
                                              United States Department of Justice
                                              Environment and Natural Resources Division

                                              */s/ Paul A. Turcke*
                                              PAUL A. TURCKE (Idaho Bar # 4759)
                                              Trial Attorney, Natural Resources Section
                                              1290 West Myrtle Street, Suite 500
                                              Boise, ID 83702
                                              (202) 532-5994
                                              paul.turcke@usdoj.gov

                                              *Counsel for Defendants*

*Of Counsel*:

JOSHUA HANSON
JASON HARTZ
Office of the Solicitor
United States Department of the Interior