IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NUIQSUT TRILATERAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 26-cv-239-AHA |

## STATUS REPORT

As indicated in the previous Status Report, Dkt. 16, counsel for Defendant Doug Burgum, in his official capacity as Secretary of the Interior, et al., offers a further status report. Following further conferral, the parties have not been able to reach an agreement on a joint proposal to modify the current schedules for resolving the motions to transfer and for preliminary injunction.

Respectfully submitted this 25th day of February 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar # 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*